Brian W. Lewis (admitted *pro hac vice*)
Chung-Han Lee (SBN 231950)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606
Tel: (312) 201-2000
Fax: (312) 201-2555

James W. Spertus (SBN 159825)
LAW OFFICES OF JAMES W. SPERTUS
12100 Wilshire Blvd., Suite 620
Los Angeles, CA 90025
Tel: (310) 826-4700
Fax: (310) 826-4711

Attorneys for Plaintiff SQUARE D COMPANY

Robert F. Helfing (SBN 90418)
Wendy A. Tucker (SBN 121122)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Tel: (213) 426-6900
Fax: (213) 426-6921

JS-6

Attorneys for Defendant JRL ELECTRIC SUPPLY, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SQUARE D COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>JRL ELECTRIC SUPPLY, INC.,<br><br>    Defendant. | No. CV 07-05787 SVW (ssx)<br><br>**AGREED CONSENT ORDER FOR PERMANENT INJUNCTIVE AND OTHER RELIEF AND STIPULATED DISMISSAL** |

**[PROPOSED] AGREED CONSENT ORDER FOR PERMANENT INJUNCTIVE
AND OTHER RELIEF AND STIPULPATED DISMISSAL**

The plaintiff Square D Company ("Square D") and defendant JRL Electric Supply, Inc. ("JRL"),

by their respective attorneys, stipulate, consent and agree to entry of the following Order:

1

**FINDINGS**

1.     This Court has subject matter jurisdiction over this matter because it raises a federal question pursuant to 28 U.S.C. § 1331. This Court likewise has personal jurisdiction over the parties.

2.     Square D filed its Verified Complaint on September 5, 2007, requesting monetary and injunctive relief in connection with JRL's purchase and sale of counterfeit circuit breakers bearing trademarks registered to Square D.  Among other relief, Square D requested the entry of an order (a) enjoining and restraining JRL and its agents, representatives, officers and employees from selling counterfeit Square D products and (b) requiring JRL to account for each and every purchase and sale of counterfeit circuit breakers.  The use of the word "counterfeit" in this Order shall not constitute an admission or acknowledgment of any kind by JRL that any of its circuit breakers are counterfeit.

3.     JRL has filed its answer denying the material allegations of Square D's complaint and it continues to deny those allegations.

4.     To avoid further litigation and prevent the sale of counterfeit products, the parties agree to the entry of this Order.

5.     JRL represents that, pursuant to its discovery obligations, it has previously produced to Square D all documents regarding its importation, purchase, sale, distribution, disposition, return, current inventory and possession of Square D QO and QOB circuit breakers from January 1, 2004 to the present.  JRL also represents that on December 20, 2007 it made its entire inventory of circuit breakers bearing Square D's QO trademark available for inspection, specifically all QO and QOB models.

**TERMS OF CONSENT ORDER**

6.     JRL and its agents, representatives, officers, employees and successors and assigned, including, but not limited to, Power Source International, LLC, agree and are hereby enjoined permanently and finally from importing, purchasing, marketing, selling or distributing any counterfeit Square D product.

7.     Square D shall have the right, but not the obligation, to inspect the inventory of JRL and its agents, representatives, officers, employees and successors and assigned, including, but not limited to, Power Source International, LLC, of circuit breakers bearing trademarks registered to Square D on

[PROPOSED] AGREED CONSENT ORDER
FOR PERMANENT INJUNCTIVE AND
OTHER RELIEF

no more than five (5) occasions during the two (2) years following the Effective Date of the Confidential Settlement Agreement and General Release entered into by and between Square D and JRL to determine the presence of counterfeit Square D products provided that Square D provides JRL with at least two (2) business days notice in advance of any such inspection.

8. In the event that during the inventory inspection described above in paragraph 7, Square D determines the presence of counterfeit circuit breakers bearing trademarks registered to Square D and JRL agrees with Square D's determination:

(a) JRL will relinquish control of the counterfeit circuit breakers to Square D; and

(b) JRL shall immediately identify and produce documents in its possession reflecting the person or entity from whom JRL purchased or otherwise acquired the counterfeit circuit breakers.

9. Except for the obligation imposed on JRL under paragraph 6 of this Agreed Consent Order, the parties' obligations herein shall expire two (2) years from the entry of this Order.

10. This Court shall retain jurisdiction to enforce this Order and over the parties. Unless otherwise stated herein, Square D and JRL agree that this Court shall have exclusive jurisdiction and venue over any and all disputes arising under this Order.

11. Square D and JRL have entered into a settlement agreement relating to all pending claims. Accordingly, all claims against JRL are dismissed with prejudice and without costs, and each party to bear its own attorneys' fees and costs.

Dated this 21 day of March, 2008

_____

JUDGE STEPHAN V. WILSON

United States District Judge

[PROPOSED] AGREED CONSENT ORDER
FOR PERMANENT INJUNCTIVE AND
OTHER RELIEF

| Reviewed and Accepted by: | Approved as to Form by: |
|---|---|
| _____<br>Square D Company | _____<br>Counsel for Square D Company<br><br>Brian W. Lewis (admitted *pro hac vice*)<br>Chung-Han Lee (SBN 231950)<br>Wildman, Harrold, Allen & Dixon, LLP<br>225 West Wacker Drive<br>Chicago, Illinois  60606<br>Tel: (312) 201-2000<br>Fax: (312) 201-2555<br><br>James W. Spertus (SBN 159825)<br>Law Offices of James W. Spertus<br>12100 Wilshire Blvd., Suite 620<br>Los Angeles, CA 90025<br>Tel: (310) 826-4700<br>Fax: (310) 826-4711 |
| Reviewed and Accepted by:<br><br>_____<br>JRL Electric Supply, Inc. | Approved as to Form by:<br><br>_____<br>Counsel for JRL Electric Supply, Inc.<br><br>Robert F. Helfing (SBN 90418)<br>Wendy A. Tucker (SBN 121122)<br>Sedgwick, Detert, Moran & Arnold, LLP<br>801 South Figueroa Street, 19th Floor<br>Los Angeles, California 90017-5556<br>Tel: (213) 426-6900<br>Fax: (213) 426-6921 |

Case 2:07-cv-05787-SVW-SS   Document 28   Filed 03/21/08   Page 5 of 5   Page ID #:68